UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUNE WUOPIO,

    PLAINTIFF,

v.                                              CASE NO. 08-11371

BRANDON BOARD OF EDUCATION,    HONORABLE SEAN F. COX
*ET AL.*,

    DEFENDANTS.
_____/

## ORDER

This matter is currently before the Court on "Plaintiff's Emergency Motion for Extension of Time to File Response" (Docket Entry No. 57) and two related motions. In Plaintiff's Motion for Extension, Plaintiff asserts that certain discovery has not been provided to her and that she cannot prepare her response to Defendants' pending Motion for Summary Judgment until after those materials have been provided.

Magistrate Judge Pepe held a hearing on the underlying discovery motions on April 7, 2009. On April 8, 2009, Magistrate Judge Pepe issued an order resolving the motions ("the Order")(Docket Entry No. 72). The Order indicates that Plaintiff filed her Motion to Compel regarding two previous orders compelling production. It notes that Plaintiff concedes that she has received the documents ordered to be produced in the February order compelling production. With respect to the second order compelling production, the Order indicates that Defendants "recently completed the search of all computer Systems and stated that there were no responsive emails to produce." Thus, there is no outstanding discovery that would prevent Plaintiff from preparing and filing her response to Defendants' pending Motion for Summary Judgment.

Accordingly, **IT IS ORDERED** that Plaintiff's Motion for Extension is **GRANTED** to

the extent that Plaintiff shall file her response to Defendant's pending Motion for Summary Judgment no later than **April 21, 2009.** Defendants shall file their reply brief no later than **May 19, 2009.**

    **IT IS FURTHER ORDERED** that the following motions are **DENIED**:

1) "Defendants' Emergency Motion for Reconsideration of this Honorable Court's March 18, 2009 Order Regarding Plaintiff's 'Emergency' Motion for Extension of Time to File Response" (Docket Entry No. 63); and

2) Plaintiff's "Request to File Response to Defendants' Emergency Motion for Reconsideration of this Honorable Court's March 18, 2009 Order Regarding Plaintiff's 'Emergency' Motion for Extension of Time to File Response." (Docket Entry No. 64).

**IT IS SO ORDERED**.

          s/Sean F. Cox
          Sean F. Cox
          United States District Judge

Dated: April 9, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 9, 2009, by electronic and/or ordinary mail.

          s/Jennifer Hernandez
          Case Manager